UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 1:15mj26 |
| v. | ) | |
| | ) | ORDER OF DISMISSAL |
| STEPHANIE HUGHES | ) | |

Leave of Court is hereby granted for the dismissal of the Criminal Complaint and Warrant in the above-captioned case with prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

Dennis L. Howell
United States Magistrate Judge